```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

ARSENIO ABORREZCO, :
: Civil Action No. 10-526 (RMB)
        Plaintiff, :
:
:
        v. : **ORDER**
: (CLOSED)
CAPE MAY COUNTY JAIL, :
:
        Defendant. :

    For the reasons expressed in the Court's Opinion filed herewith,

    It is on this **8th** day of **July 2010**,

    **ORDERED** that, pursuant to 28 U.S.C. § 1915(a) and (b), the application submitted by Plaintiff to proceed in forma pauperis is hereby **GRANTED**; and it is further

    **ORDERED** that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

    **ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey and on the Warden at the Bayside State Prison in Leesburg, New Jersey, where Plaintiff is presently confined; and it is further

    **ORDERED** that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from his prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to his prison account, with each payment referencing the civil docket number of this action; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, in its entirety as against the named defendant, Cape May County Jail, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted.

        s/Renée Marie Bumb
        RENÉE MARIE BUMB
        United States District Judge